

No. 02–7810. BISHOP v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–7838. IN SOO CHUN v. UWAJIMAYA, INC. C. A. 9th Cir. Certiorari denied. 

No. 02–7855. PIGNATIELLO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 02–7879. MONTUE v. CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied. 

No. 02–7906. ANDERSON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 02–7913. ROOT v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 02–7921. PARIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–7934. ANDERSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 02–7948. ORTOV v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied.

No. 02–7990. MIULLI v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. Certiorari denied. 

No. 02–7999. MATTHEWS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–8004. MUCHA v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 02–8012. DEJESUS MARTINEZ v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 02–8018. BERRY v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 02–8020. SCHEIDT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.